UNITED STATES of America,
Plaintiff–Appellee,

v.

Randall BEVELLE, Defendant–
Appellant.

No. 05–10185

Non–Argument Calendar.

D.C. Docket No. 02–00599–CR–B–W.

United States Court of Appeals,
Eleventh Circuit.

Jan. 30, 2006.

Theresa A. Terrebonne, Newman, Miller & Terrebonne, Pelham, AL, for Defendant–Appellant.

Joyce White Vance, Birmingham, AL, for Plaintiff–Appellee.

Before BLACK, CARNES and PRYOR, Circuit Judges.

PER CURIAM:

Theresa A. Terrebonne, appointed counsel for Randall Bevelle in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is GRANTED, and Bevelle's conviction and sentence is AFFIRMED.